IN THE DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.08-cv-00181-RPM-MEH

SARA SOMMERVILLE,

Plaintiff,

vs.

SHEA PROPERTIES dba J.F. SHEA CONSTRUCTION, INC. a California corporation.

ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to the Stipulation to Dismiss without Prejudice, filed on March 20, 2008, it is

ORDERED that the complaint is dismissed without prejudice.

DATED: March 21st, 2008

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            JUDGE